UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDIN LEE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUANISHA HOLLOWAY; ANDREA ORWOLL; and ELLIOTT ANDERSON,<br><br>　　　　　Defendants. | Case No.  2:20-cv-01005-APG-EJY<br><br>**ORDER** |

**I.      DISCUSSION**

On June 1, 2020, Plaintiff, an inmate in the custody of the Clark County Detention Center ("CCDC"), submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff neither paid the full $400 filing fee nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $400 filing fee. To apply for *in forma pauperis* status, the inmate must submit *all three* of the following documents to the Court:

(1) a completed ***Application to Proceed in Forma Pauperis for Inmate***, on this Court's approved form (pages 1 through 3 with the inmate's two signatures on page 3),

(2) a ***Financial Certificate*** properly signed by the inmate and a prison or jail official (page 4 of this Court's approved form), and

(3) a copy of the ***inmate's prison or jail trust fund account statement for the previous six-month period***.

The Court grants Plaintiff a ***one-time*** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $400 filing fee for this action on or before ***August 17, 2020***. Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $400 filing

fee on or before **August 17, 2020**, the Court may recommend dismissal of this case <u>without prejudice</u> which allows Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

A dismissal *without prejudice* means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **August 17, 2020** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

## II.   CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 17, 2020**, Plaintiff shall either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed ***Application to Proceed in Forma Pauperis for Inmate*** on this Court's approved form (pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a ***Financial Certificate*** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form), and

(3) a copy of the ***inmate's prison or jail trust fund account statement for the previous six-month period***.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action

on or before **August 17, 2020**, the Court will recommend dismissal of this action *without prejudice* for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or is able to pay the filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the Complaint (ECF No.1-1) but will not file it at this time.

Dated this 17th day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE