# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDIN LEE JOHNSON,<br><br>　　　Plaintiff<br><br>v.<br><br>QUANISHA HOLLOWAY, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-01005-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 8] |

　　　On February 2, 2021, Magistrate Judge Youchah recommended that I dismiss this case without prejudice due to plaintiff Brandin Lee Johnson's failure to pay the filing fee or complete an in forma pauperis application. ECF No. 8.  Johnson did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 8) is accepted and this case is dismissed without prejudice.

　　　I FURTHER ORDER the clerk of court to close this case.

　　　DATED this 24th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE